UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

KAREN PROUTY,
    *Plaintiff,*

v.

RAMAKRISHNA THIPPANNA, M.D.;
BOGDAN NEDELESCU, M.D.; and
DOUGLAS PARKER, PERSONAL
REPRESENTATIVE OF THE ESTATE
OF CAROLYN PARKER, R.N.,
    *Defendants.*

CIVIL NO. 4:17-cv-40126-TSH

## ORDER TO PERMIT INSPECTION OF RECORDS AT HARRINGTON WOUND CARE

On February 3, 2021, this Court entered an Order compelling the production of signed letters of authorization by the Plaintiff to permit the inspection and copying of records from Plaintiff's medical providers from the dates February 1, 2019 through February 1, 2021. Dkt. 259.

**IT IS THEREFORE ORDERED** as follows:

TO: Custodian of Medical Records
Harrington Wound Care Center at Charlton
10 N Main St, Charlton, MA 01507

You are hereby authorized, directed, and ordered pursuant to the laws of Massachusetts and applicable federal law, including but not limited to the Health Insurance Portability and Accountability Act (HIPAA), 42 U.S.C. § 300gg and § 1320d *et seq.*, to make available for examination and reproduction by the parties and their counsel denominated in this lawsuit any and all medical records of any type or nature whatsoever and/or any protected health information within your care, custody, or control in any manner concerning Karen Prouty, DOB: XX/XX/1944.

Medical documents and protected health information subject to this order include but are not limited to **the entire medical chart cover to cover (including but not limited to any and all medical records from other health care providers and any and all correspondence); radiological films; monitoring strips of any kind; billing and payment records; prescriptions; test results; alcohol abuse, dependency, or treatment or drug abuse, dependency, or treatment**, provided however, that this Order does not authorize the production of patient records concerning any and all records related to HIV testing, HIV status, AIDS or sexually transmitted diseases; sexual assault or abuse; and any and all records related to the diagnosis and treatment of mental or emotional condition, including any psychotherapy notes that are part of the medical record.

Unless specifically excluded by this Order, all medical records and protected health information in your possession regarding the person noted above shall be produced. Said inspection and reproduction may be requested by any attorney of record herein as set forth below, and all clerical fees and expenses shall be paid by the attorney requesting such examination, reproduction or interview. This Order complies with HIPAA federal standards for privacy of individually identifiable health information, 45 C.F.R. Parts 160 and 164. This Order further allows the disclosure of information related to alcohol and/or narcotic abuse, dependency, and treatment as defined in 42 C.F.R. Part 2. This Order shall be effective throughout the pendency of this action.

**IT IS FURTHER ORDERED** that Defendants may proceed immediately with the inspection and copying of records from Harrington Wound Care Center at Charlton without the necessity of filing a deposition and without further authorization by Plaintiff.

**SO ORDERED this 16th of April, 2021.**

*/s/ Timothy S. Hillman*
**Timothy S. Hillman**
**District Judge**